# CHARISH LAW GROUP P.C.

347 FIFTH AVENUE, SUITE 1402, NEW YORK, NEW YORK 10016
E-MAIL: OFFICE@CHARISH.LAW  TELEPHONE: (646) 328-0185

___

**MICHAEL A. CHARISH**
DIRECT DIAL: (646) 328-0183
E-MAIL: michael@charish.law

July 17, 2025

**Via ECF**

Honorable Andrew E. Krause
United States District Court
 for the Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  *Feng et al. v. Feng*, No. 7:25-cv-2396 (NSR) (AEK)

Dear Judge Krause:

I represent defendant Chenchen Feng ("Chenchen") in this action. Earlier today, counsel for plaintiffs Jin Feng and Yang ("Helen") Wang (together, "Plaintiffs") wrote to Your Honor to request a scheduling conference (ECF No. 13) ("Plaintiffs' July 17 Letter"). Plaintiffs' July 17 Letter attaches as an exhibit their July 10, 2025 letter to Judge Román requesting the same ("Plaintiffs' July 10 Letter"). Soon after, Your Honor scheduled a scheduling conference for July 29, 2025 at 3:00 p.m. I look forward to appearing before Your Honor then.

I write this letter for two purposes. *First*, I wanted to file with Your Honor Chenchen's July 15 response to Plaintiffs' July 10 Letter, and I attach that letter here as Exhibit 1 ("Chenchen's July 15 Letter"). Plaintiffs' July 10 Letter and Chenchen's July 15 Letter discuss a subpoena to Chenchen's husband, non-party Andrew Li (whom my firm jointly represents). I can update Your Honor that the parties have met and conferred concerning that subpoena (on July 16 and 17), and Plaintiffs have agreed to narrow the scope of the subpoena, including agreeing to modify some of the requests that Chenchen deemed inappropriate in her July 15 Letter.

*Second*, Chenchen respectfully requests clarification from Your Honor regarding a sanctions motion she has requested leave to file. On June 4, 2025, I sent Plaintiffs' counsel a 10-page, Rule 11 safe-harbor letter and notice of motion, attaching evidence demonstrating that the complaint's core allegations are false. The safe-harbor letter notified Plaintiffs and their counsel that their complaint (ECF No. 1) violates: Federal Rule of Civil Procedure 11(b)(3), because its factual contentions not only lack evidentiary support, the evidence negates them; and Rule 11(b)(1), because Plaintiffs filed the complaint for the improper purpose of harassing Chenchen. The letter gave Plaintiffs an opportunity to voluntarily dismiss their complaint with prejudice. Plaintiffs' counsel responded by letter on June 16, 2025, conceding "some factual inaccuracies"

Honorable Andrew E. Krause
July 17, 2025
Page 2 of 2

in the complaint, but stating Plaintiffs' intention to oppose any sanctions motion Chenchen files and continue pursuing their lawsuit.

   Chenchen then turned to Judge Román. Under Rule 3.A.ii of Judge Román's Individual Practices, a pre-motion conference was required before filing a sanctions motion, and Chenchen was required to submit a letter setting forth the basis for her anticipated motion and requesting a conference. Chenchen submitted her pre-motion letter on June 30, 2025, and I attach that letter here as Exhibit 2. (Plaintiffs responded to the pre-motion letter on July 3. I asked Plaintiffs' counsel whether she would like me to file Plaintiffs' July 3 letter, and counsel replied that she would prefer to file Plaintiffs' letter herself.)

   Yesterday, Judge Román entered his order of reference referring this action to Your Honor for general pre-trial proceedings, including "non-dispositive pre-trial motions." *See* Order of Reference (ECF No. 12). Rule 3.A of Your Honor's Individual Practices provides that, for "motions other than discovery motions, a pre-motion conference is not required." Given the difference in individual practices, Chenchen respectfully requests permission to file her sanctions motion and requests Your Honor's clarification whether she may file the motion or whether Your Honor wishes to conduct a pre-motion conference. In the event Your Honor decides to conduct a pre-motion conference, Chenchen respectfully requests that the Court combine the pre-motion conference with the July 29, 2025 scheduling conference.

              Respectfully submitted,

              */s/ Michael A. Charish*
              Michael A. Charish

cc:  Counsel of record