# MELISSA YANG PLLC

136 Madison Ave., 6th Fl.,
New York, N.Y. 10016
(646) 516-9529
www.melissayangpllc.com

July 17, 2025

**VIA ECF**
The Honorable Andrew E. Krause
United States District Court,
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    ***Jin Feng, et al. v. Chenchen Feng*, Case No. 25-CV-02396(NSR)(AEK)**

Dear Magistrate Judge Krause:

      We represent plaintiffs Jin Feng and Yang Wang (collectively, the "Plaintiffs"). Earlier today, defendant Chenchen Feng ("Chenchen") filed a letter with the Court annexing her prior request addressed to Judge Román, seeking a pre-motion conference to file a motion for sanctions under Fed. R. Civ. P. 11. (*See* ECF No. 16-2.) To ensure there is a complete record, Plaintiffs write to enclose a copy of their response to Chenchen's letter for a pre-motion conference, which is annexed hereto as **Exhibit 1**.[1]

      In her letter filed with the Court today, Chenchen seeks clarification as to whether she is permitted to file a motion for sanctions under Fed. R. Civ. P. 11, or whether the Court wishes to hold a pre-motion conference. (ECF No. 16.) If the Court wishes to hold a pre-motion conference, Plaintiffs do not oppose combining that pre-motion conference with the July 29, 2025 scheduling conference.

      Respectfully submitted,

Melissa Yang

cc:    All counsel of record (via ECF)

---

[1] Plaintiffs' response was previously faxed to the Court per Judge Román's Individual Practices in Civil Cases.