# MELISSA YANG PLLC

136 MADISON AVE., 6TH FL.,
NEW YORK, N.Y. 10016
(646) 516-9529
WWW.MELISSAYANGPLLC.COM

July 25, 2025

**VIA ECF**
The Honorable Andrew E. Krause
United States District Court,
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: ***Jin Feng, et al. v. Chenchen Feng*, Case No. 25-CV-02396(NSR)(AEK)**

Dear Magistrate Judge Krause:

  We represent plaintiffs Jin Feng and Yang Wang (collectively, the "Plaintiffs") in this action where they seek to recover amounts loaned to their daughter, defendant Chenchen Feng ("Chenchen"), for her medical school tuition and living expenses. Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs wish to amend their Complaint (ECF No. 1) to correct and add certain factual allegations in support of their claims for breach of contract, unjust enrichment, and promissory estoppel; Plaintiffs are not adding new causes of action or new parties at this time.

  In a letter, dated June 16, 2025, Plaintiffs informed Chenchen of their intention to amend their Complaint to correct certain factual allegations. On July 21, Plaintiffs provided Chenchen with a redline of their proposed pleading and requested her consent to its filing pursuant to Rule 15(a)(2). Earlier today, Chenchen advised that she does not consent and that she intends to oppose any such motion, including on grounds of bad faith. Despite Plaintiffs' request, Chenchen did not provide any further details as to why she views the proposed pleading as improper.

  A party may seek leave of court to amend its pleading, and "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Chenchen has not articulated any basis for bad faith, which we presume is premised upon her fabricated theory that the amounts loaned were actually a gift. Nor would she be prejudiced by this amendment given that Plaintiffs informed her of their intended changes *before* she served any discovery demands. At bottom, no viable basis exists for Chenchen's refusal to consent other than to drive up Plaintiffs' litigation costs.

  Plaintiffs' proposed pleading is annexed hereto as **Exhibit 1**. We respectfully request that Plaintiffs' proposed pleading be addressed at the upcoming conference on July 29 at 3:00 p.m.

                 Respectfully submitted,

                 Melissa Yang

cc: All counsel of record (via ECF)